**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1145**

JOSEPH PIRELA,

Plaintiff - Appellant,

v.

ILEANA ROS-LEHTINEN; HOUSE OF REPRESENTATIVES; THE CONGRESS OF UNITED STATES OF AMERICA; WASHINGTON DC; HOUSE OF PROSTITUTION UNKNOWN BAR OF HOMOSEXUALS, (Sex Workers Transvestitutes-Prostitutes); ALOYMA SANCHEZ; THOMAS WILLIAMS; MIAMI POLICE DEPARTMENT; THE STATE OF FLORIDA PROCEEDINGS PROSECUTIONS; UNKNOWN BAR OF HOMOSEXUALS; SEX WORKERS 33 HEALTH CARE BAKER ACT OF JACKSON HOSPITAL; (4) TRANSVESTITE MATTHEW JOHN Prostitute Homosexual; DAVID COUNTIN, (1) Client; DON SMITH; DENIS FONSECA; ANGEL MIRANDA; CARLOS ALVAREZ; CITY OF MIAMI,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, Chief District Judge.  (5:17-cv-00541-D)

Submitted:  March 29, 2018                          Decided:  April 3, 2018

Before AGEE and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Joseph Pirela, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Pirela appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012).  We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court.  *Pirela v. Ros-Lehtinen*, No. 5:17-cv-00541-D (E.D.N.C. Dec. 14, 2017).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*